
FILED
2018 Jan-25  PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | |
|---|---|
| **BLANCHIA SMITH,** | )( |
| | )( |
| **Plaintiff,** | )( |
| | )( |
| **v.** | )(   **CASE NO. 7:16-cv-01774-RDP** |
| | )( |
| **FOREST MANOR, INC., and** | )( |
| **MADONNA FULGHAM,** | )( |
| | )( |
| **Defendants** | )( |

**DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT**
**OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, Forest Manor, by and through its undersigned counsel hereby gives notice of

the filing of the following materials in support of its contemporaneously-filed Motion for Summary

Judgment:

Exhibit A –    Deposition of Dr. Grier Stewart

Exhibit B –    Deposition of Takeisha Howard

Exhibit C –    Affidavit of Terri Ryland with attached Occupational Therapy Records

Exhibit D –    Deposition of Linda Manasco

Exhibit E –    Deposition of Mickey Smith with exhibits 2, 3 and 6

Exhibit F –    Copy of the Memorandum Opinion and Order in <u>Dugger v. Volunteers of America</u>
<u>North Alabama, Inc.</u>, 5:11-cv-00277-CLS (N.D. Ala. May 13, 2011)

Respectfully submitted, this the 25th day of January, 2018.

*/s/ Terri Olive Tompkins*
JAMES J. JENKINS
TERRI OLIVE TOMPKINS
COREY GROSS SEALE
PHELPS, JENKINS, GIBSON & FOWLER, L.L.P.
Attorneys for Forest Manor and Madonna Fulgham
1201 Greensboro Avenue

1

Tuscaloosa, Alabama  35401
Telephone: (205) 345-5100
Email: ttompkins@pjgf.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, which will send electronic notification of such filing to the following, or if not electronically served, I have mailed a copy of same via first class United States mail, postage prepaid, to the following:

James Michael Comer
PATTERSON COMER LAW FIRM
303 Main Avenue, Suite A
Northport, AL  35476-5057

Stanley J. Murphy
P. O. Box 3163
1426 22nd Avenue
Tuscaloosa, AL 35401


*/s/ Terri Olive Tompkins*
Counsel for Defendants